JONES *et al.* v. RAMSEY *et al.,* relators.

EVANS, P. J.     This case is controlled by the ruling in *Edison* v. *Ramsey,*
ante, 667.                    *Judgment reversed. All the Justices concur.*
                        No. 183. MAY 15, 1917.

Injunction. Before Judge Kent. Laurens superior court. January 24, 1917.

*Evans & Evans,* for plaintiffs in error.

*S. P. New* and *M. H. Blackshear,* contra.